## IN THE UNITED STATES DISTRICT COURT FOR THE **FILED**

### WESTERN DISTRICT OF OKLAHOMA

DEC 19 2012

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. **CR 12-295 M** |
| | ) |
| BRIAN WILLIAM JOHNSON, | ) Violations: 21 U.S.C. § 846 |
| | ) |
| Defendant. | ) |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### (Conspiracy to possess with the intent to distribute Methylone)

From in or about August 2012, through in or about September 2012, in the Western District of Oklahoma and elsewhere, the defendant,

--------------------------------**BRIAN WILLIAM JOHNSON,**--------------------------------

knowingly and intentionally combined, conspired, confederated, and interdependently agreed, with other persons known and unknown, to possess with intent to distribute and to distribute a quantity of Methylone, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 846, the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(C).

1

## COUNT 2
### (Conspiracy to possess with the intent to distribute Alprazolam (Xanax))

From in or about August 2012, through in or about November 2012, in the Western District of Oklahoma and elsewhere, the defendant,

--------------------------------BRIAN WILLIAM JOHNSON,--------------------------------

knowingly and intentionally combined, conspired, confederated, and interdependently agreed, with other persons known and unknown, to possess with intent to distribute and to distribute a quantity of Alprazolam (Xanax), a Schedule IV controlled substance.

All in violation of Title 21, United States Code, Section 846, the penalty for which is found at Title 21, United States Code, Section 841(b)(2).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

SANFORD C. COATS
United States Attorney

DAVID P. PETERMANN
Assistant United States Attorney

2