# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. <u>CR-12-295-M</u> |
| | ) | |
| BRIAN WILLIAM JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ORDER FOR
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney for the Western District of Oklahoma respectfully shows to the Court that **BRIAN WILLIAM JOHNSON**, W/M, DOB:  xx-xx-1992, is the defendant in the above-entitled cause, that he is now an inmate of **PAYNE COUNTY JAIL, Oklahoma,** and that it is desired to bring him before the Court for a hearing in the above-entitled cause.

WHEREFORE, petitioner prays that an Order for Writ of Habeas Corpus Ad Prosequendum be granted by this Court, directed to the United States Marshal for the Western District of Oklahoma, commanding him to have and produce the defendant before this Court on **January 11, 2013**, at 3:00 p.m., for said hearing and to keep him in their custody for the purpose of any further hearings and all other proceedings/hearings necessary

to the final disposition of this cause, and the Warden of the above institution be directed to surrender the said defendant for such purposes or as otherwise directed by said Court.

Respectfully submitted,

SANFORD C. COATS
United States Attorney


s/DAVID P. PETERMANN
DAVID P. PETERMANN
Assistant U.S. Attorney
Ohio Bar Number:  0071332
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma  73102
(405) 553-8855 (Office)
(405) 553-8888 (Fax)
David.Petermann@usdoj.gov