# CRIMINAL COURTROOM MINUTE SHEET
# GRAND JURY ARRAIGNMENT

**DATE:** Jan 11, 2013　　　　　　　　　　　　　　　　　　　　　　　**CASE:** CR-12-295-M

**TIME IN COURT:** 20 mins　　　　　　　　　　　　　　　　　　　**COURTROOM:** 103

**MAGISTRATE JUDGE BANA ROBERTS**　　　　　**COURTROOM DEPUTY STEVE ROGERS**

**UNITED STATES OF AMERICA vs. BRIAN WILLIAM JOHNSON**

Defendant States true and correct name as: SAME　　　　　　　　　　　**AGE:** 20

**Government Cnsl:** DAVID PETERMANN　　　　　**Defendant Cnsl:** KEVIN E. KRAHL

**U.S. Probation Officer:** DIXIE BECKTOLD　　　　　　　　　　　Retained

☒ Defendant Appears, custody of U.S. Marshal with Counsel　　　**Interpreter:**

☐ Defendant advised of his / her right of consular notification,

☐ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☒ Dft informed that he / she is not required to make a statement and that any statement made by him / her may be used against him / her.

☒ Dft advised of his / her right to an attorney.　　　☒ Dft fully advised of the substance of the count(s).

☒ Dft provided copy of Indictment　　　☒ Dft waives reading of the Indictment by the Court.

☒ Dft enters plea of Not Guilty

☒ Case set on jury docket beginning the week of February 12th 2013 before U.S. District Chief Judge Vicki Miles-LaGrange

☐ Government recommends defendant be released on

☒ Government recommends defendant be detained based on Risk of Flight and Danger to the Community

☐ Government

　　☐ Upon motion of the Government and request for continuance by Defendant

　　☐ Detention Hearing is set for

☒ Defendant waives right to Detention hearing. Waiver of Detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

☐ Defendant requests the Detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

## The Court Orders:

☐ The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.

☐ Defendant temporarily detained pending Detention hearing. Written Order entered. Defendant remanded to custody of USM.

☐ Defendant detained per Detention Order previously entered. Defendant remanded to custody of USM.

☐ Defendant released on previously posted bond with conditions per Release Order.

☐ Unsecured Bond set at _____ with conditions per Release Order.

☐ Secured Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☐ Defendant remanded to the custody of USM pending execution of bond.

☒ Defendant remanded to the custody of USM.