## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CR-12-295-M |
| | ) | |
| BRIAN WILLIAM JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## MINUTE ORDER

Pursuant to Local Criminal Rule 30.1, the parties in this case shall file all requested jury instructions, supported by appropriate authority, by Monday, March 4, 2013.  Any objections to the requested jury instructions shall be filed by Wednesday, March 6, 2013.

**IT IS SO ORDERED this 11th day of February, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE