IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. <u>CR-12-295-M</u> |
| ) | |
| BRIAN WILLIAM JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

NOW on this ___7th___ day of August 2013, on Motion of the plaintiff, United States of America, to dismiss Count 2 of the Indictment returned herein on December 19, 2012, as to the defendant, **Brian William Johnson**, for the reason that such action would best serve the ends of justice in view of the defendant, **Brian William Johnson**, having entered a plea of guilty to Count 1 of the Indictment,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT Count 2 of the Indictment returned herein on December 19, 2012, as to defendant, **Brian William Johnson**, be and the same is hereby dismissed.

_____
VICKI MILES-LaGRANGE
UNITED STATES CHIEF DISTRICT JUDGE